# EXHIBIT 1

# EXHIBIT 1

Inst #: 201108170000959
Fees: $16.00 N/C Fee: $0.00
RPTT: $40.80 Ex: #
08/17/2011 09:46:29 AM
Receipt #: 882247
Requestor:
CAMCO
Recorded By: MSH   Pgs: 4
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

APN: 124-32-812-036

<u>WHEN RECORDED MAIL DEED AND
TAX STATEMENTS TO:</u>

Tierra De Las Palmas OA
PO Box 12117
Las Vegas NV 89112

Title No.      A1778
Account NO. 120640
TS No.       121710-9-J

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

The undersigned declares:
1) The grantee herein **WAS** the foreclosing beneficiary
2) The amount of the unpaid debt together with costs was     $ 7,790.00
3) The amount paid by the grantee at the trustee sale was    $ 7,790.00
4) The documentary transfer tax is                           $    40.80
5) City Judicial District of LAS VEGAS

And **Absolute Collection Services, LLC.**, as the duly appointed Trustee under the Notice of Delinquent Assessment hereinafter described, does hereby GRANT and CONVEY, but without warranty, express or implied, to: **TIERRA DE LAS PALMAS OA, PO Box 12117, Las Vegas NV 89112**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of CLARK, State of NEVADA, described as follows:

### 2119 SPANISH TOWN AVE., N LAS VEGAS NV 89031

Legal Description-shown on the Subdivision map recorded in Book No. **78** Page(s) **47**, Lot **43**, Block **1**, Inclusive, of Maps of the Country of Clark, State of Nevada; See Exhibit A Attached

AGENT STATES THAT:
This conveyance is made pursuant to the powers granted to **TIERRA DE LAS PALMAS OA** and conferred upon appointed trustee by the provisions of the Nevada Revised Statutes, the **TIERRA DE LAS PALMAS OA** governing documents (CC&R's) recorded as instrument number **00010 Book 970627** on **JUNE 27, 1997** and that certain Notice of

Delinquent Assessment Lien recorded on **SEPTEMBER 29, 2010** instrument number **0000791 Book 20100929** Official Records of CLARK County; and pursuant to NRS 117.070 et Seq. or NRS 116.3115 et Seq and NRS 116.3116 through 116.31168 et Seq. The name of the owner(s) of the property (trustor) was: **MARIA TERESA CASTRO**

Default occurred as set forth in a Notice of Default and Election to Sell, recorded on **DECEMBER 15, 2010** as instrument **0000103 Book 20101215** which was recorded in the office of the recorder of said county. Absolute Collection Services, LLC. Has complied with all requirements of law including, but not limited to, the elapsing of 90 days, mailing of copies of Notice of Delinquent Assessment and Notice of Default and the posting and publication of the Notice of Sale. Said property was sold by said agent, on behalf of **TIERRA DE LAS PALMAS OA** at public auction on **AUGUST 16, 2011** at the place indicated on the Notice of Sale. Grantee being the highest bidder at such sale, became the purchaser of said property and paid therefore to said agent the amount bid **$7,790.00** in lawful money of the United States, or by satisfaction, pro tanto, of the obligations then secured by the Delinquent Assessment Lien.

Dated:    August 17, 2011

_____
By Richard Kaye on behalf of Absolute Collection Services


STATE OF NEVADA    )
COUNTY OF CLARK    )

On 8/17/11 before me, Kelly Mitchell, personally appeared Richard Kaye personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by signing his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and seal.

_____
Kelly Mitchell, Notary Public



KELLY MITCHELL
Notary Public, State of Nevada
Appointment No. 08-7504-1
My Appt. Expires July 10, 2012

EXHIBIT "A"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF NEVADA, COUNTY OF CLARK, CITY OF N LAS VEGAS, AND DESCRIBED AS FOLLOWS:

PARCEL ONE:
LOT 43 IN BLOCK 1 OF TIERRA DE LAS PALMAS VILLAGE I-UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 78 OF PLATS, PAGE 47 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO:
A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS AND EGRESS OVER THE ASSOCIATION PROPERTY SUBJECT TO THE CONDITIONS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION BY LAS PALM AS LIMITED LIABILITY COMPANY FOR TIERRA DE LAS PALM AS RECORDED JUNE 27, 1997 IN BOOK 970627 AS DOCUMENT NO. 00010 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE(1).