# EXHIBIT 2

# EXHIBIT 2

Inst #: 201108220001839
Fees: $16.00 N/C Fee: $0.00
RPTT: $520.20 Ex: #
08/22/2011 01:17:51 PM
Receipt #: 887413
Requestor:
CAMCO
Recorded By: LEX Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 124-32-812-036

WHEN RECORDED MAIL DEED AND
TAX STATEMENTS TO:

Las Vegas Development Group, LLC
397 3rd Ave., Ste A
Chula Vista CA 91910

SPACE ABOVE THIS LINE FOR RECORDER'S USE

QUITCLAIM DEED

THIS QUITCLAIM DEED made on **August 22, 2011**, between **Tierra De Las Palmas OA** c/o CAMCO, PO Box 12117, Las Vegas, NV 89112, and Las Vegas Development Group, LLC, 397 3rd Ave, Ste A, Chula Vista CA 91910

That for and in the consideration of the sum of THREE THOUSAND AND ZERO DOLLARS AND 00/100 CENTS ($3,000.00) the receipt of which is hereby acknowledged, Tierra De Las Palmas OA does hereby release, remise and forever quitclaim unto Las Vegas Development Group, LLC all of his interest, if any, in that certain real property commonly known as:

**2119 Spanish Town Ave.
N Las Vegas NV 89031**

described as follows:

Lot 43, Block 1 as per map recorded in Book 78, Pages 47, as shown in the Office of the County Recorder of Clark County Nevada, see attached Exhibit A

Together with all the tenements, hereditaments, and appurtenances thereunto belonging, and the reversions, remainders, rents, issues, and profits thereof. To have and to hold, all and singular the premises, with the appurtenances, unto Las Vegas Development Group, LLC and his/her heirs and assigns forever.

In witness whereof, Tierra De Las Palmas OA has hereunto this 22nd day of August and 2011 as set forth above.

State of Nevada )ss

County of Clark )ss

I, Faith Porter , being first duly sworn, deposes and says:

That I am the authorized representative of Tierra De Las Palmas OA in the above-entitled action: that I have read the foregoing and know the contents thereof, and that the same is true of my knowledge, except as to those matters therein stated on information and belief, and as to those matters, I believe them to be true.

_____
Faith Porter, Agent for Tierra De Las Palmas OA

Subscribed and sworn to before me this 22nd DAY OF August 2011.

_____
Kelly Mitchell, Notary Public



KELLY MITCHELL
Notary Public, State of Nevada
Appointment No. 08-7504-1
My Appt. Expires July 10, 2012

EXHIBIT "A"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF NEVADA, COUNTY OF CLARK, CITY OF N LAS VEGAS, AND DESCRIBED AS FOLLOWS:

PARCEL ONE:
LOT 43 IN BLOCK 1 OF TIERRA DE LAS PALMAS VILLAGE I-UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 78 OF PLATS, PAGE 47 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO:
A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS AND EGRESS OVER THE ASSOCIATION PROPERTY SUBJECT TO THE CONDITIONS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTION BY LAS PALM AS LIMITED LIABILITY COMPANY FOR TIERRA DE LAS PALM AS RECORDED JUNE 27, 1997 IN BOOK 970627 AS DOCUMENT NO. 00010 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE(1).

STATE OF NEVADA
DECLARATION OF VALUE FORM

1. Assessor Parcel Number(s)
   a. 124-32-812-036
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land         b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse        d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg           f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural        h. ☐ Mobile Home
      ☐ Other _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book: _____ Page: _____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property           $ 3,000.00
   b. Deed in Lieu of Foreclosure Only (value of property)   (                              )
   c. Transfer Tax Value:                           $ 101,546.00
   d. Real Property Transfer Tax Due                $ $520.20

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %
   The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _Kelly Mitchell_                          Capacity: Grantor

Signature: _____                   Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**

Print Name: Tierra De Las Palmas OA
Address: PO Box 12117
City: Las Vegas
State: NV           Zip: 89112

**COMPANY REQUESTING RECORDING**
Print Name: CAMCO
Address: PO Box 12117
City: Las Vegas

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**

Print Name: Las Vegas Development Group LLC
Address: 397 3rd Ave Ste A
City: Chula Vista
State: CA           Zip: 91910

Escrow #: N/A-foreclosure sale

State: NV           Zip: 89112

As a public record this form may be recorded/microfilmed