ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br>MARIA TERESA CASTRO, TIERRA DE LAS<br>PALMAS OWNERS ASSOCIATION and<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:14-cv-1928-JAD-NJK |

### STIPULATION AND ORDER TO EXTEND TIME
### TO REPLY TO OPPOSITION TO MOTION TO DISMISS
**(First Request)**

COMES NOW Defendant, LAS VEGAS DEVELOPMENT GROUP, LLC, and Plaintiff, FREEDOM MORTGAGE CORPORATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 7, 2015, Defendant filed a Motion to Dismiss [Doc. #13];

2. On January 23, 2015, Plaintiff filed an Opposition to Defendant's Motion to Dismiss [Doc. #18];

3. Defendant's counsel has requested additional time in which to reply to the Opposition to Motion to Dismiss due to various other pending legal matters;

2119 Spanish Town Avenue

4. Defendant shall have an additional period of time until and including February 9, 2015, in which to file a Reply to the Opposition to Motion to Dismiss;

5. This Stipulation is made in good faith and not for the purpose of delay.

Dated this ___3rd___ day of February, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.

MALCOLM & CISNEROS

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

/s/ *Kevin Hahn*
KEVIN HAHN, ESQ.
Nevada Bar No. 9821
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
949-252-9400
*Attorneys for Plaintiff*
**FREEDOM MORTGAGE CORPORATION**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2015

2119 Spanish Town Avenue